IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANDRES LEAL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>COBB, FENDLEY & ASSOCIATES, INC.,<br><br>Defendant. | § § § § § § § § § § § | CASE NO. 5:20-CV-00372-OLG-RBF |

## STIPULATION TO DISMISS CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), by and between Plaintiffs and Defendant, that all claims in the above entitled and numbered action shall be dismissed with prejudice and without costs to any party, all parties to bear their own costs and attorneys' fees.

Respectfully submitted,

SANFORD LAW FIRM, PLLC

By: /s/ *Josh Sanford*
    Josh Sanford
    Tex. Bar No. 24077858
    josh@sanfordlawfirm.com
    Merideth Q. McEntire
    Tex. Bar No. 24105123
    merideth@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Attorneys for Plaintiff Andres Leal,
Individually and on Behalf of All Others
Similarly Situated

NORTON ROSE FULBRIGHT US LLP

By: /s/ *Mario A. Barrera*
    Mario A. Barrera
    State Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
    Stephen J. Romero
    State Bar No. 24046756
    stephen.romero@nortonrosefulbright.com
Frost Tower
111 W. Houston St., Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Attorneys for Defendant
Cobb, Fendley & Associates, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on this __3rd__ day of __May__, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Merideth Q. McEntire
    Josh Sanford
    Sanford Law Firm, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Parkway, Suite 510
    Little Rock, AR 72211

    /s/ *Mario A. Barrera*
    Mario A. Barrera