FILED
May 04, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JU
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ANDRES LEAL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>COBB, FENDLEY & ASSOCIATES, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     CASE NO. 5:20-CV-00372-OLG-RBF |

## ORDER DISMISSING CLAIMS WITH PREJUDICE AND WITHOUT COSTS

A stipulation having been entered into by and between Plaintiffs and Defendant by and through their respective attorneys and the Court being fully advised in the premises:

NOW, THEREFORE, it is hereby ORDERED that all claims in the above action be and hereby are dismissed with prejudice and without costs.

SIGNED this __4th__ day of _____May_____, 2021.

_[signature]_

ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE

**APPROVED AND AGREED TO:**

SANFORD LAW FIRM, PLLC

By: */s/ Josh Sanford*
    Josh Sanford
    Tex. Bar No. 24077858
    josh@sanfordlawfirm.com
    Merideth Q. McEntire
    Tex. Bar No. 24105123
    merideth@sanfordlawfirm.com
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Attorneys for Plaintiff Andres Leal,
Individually and on Behalf of All Others
Similarly Situated


NORTON ROSE FULBRIGHT US LLP

By: */s/ Mario A. Barrera*
    Mario A. Barrera
    State Bar No. 01805915
    mario.barrera@nortonrosefulbright.com
    Stephen J. Romero
    State Bar No. 24046756
    stephen.romero@nortonrosefulbright.com
Frost Tower
111 W. Houston St., Suite 1800
San Antonio, Texas 78205
Telephone: (210) 224-5575
Telecopier: (210) 270-7205

Attorneys for Defendant
Cobb, Fendley & Associates, Inc.